**Wolters Kluwer** | **CT Corporation**
Corporate Legal Services

351 West Camden Street
6th Floor
Baltimore, MD 21201

410 539 2837 tel
410 332 1178 fax
www.ctcorporation.com

FILED ___ ENTERED
LODGED ___ RECEIVED

MAR 0 4 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

February 06, 2014

Jon A. Hoppe
Malibu Media, LLC
1401 Mercantile Lane,
# 105,
Largo, MD 20774

Re: Malibu Media, LLC, Pltf. vs. Verizon Internet Services

Case No. 114CV00285WMN

Dear Sir/Madam:

We are herewith returning the enclosed documents which we received regarding the above captioned matter.

Verizon Internet Services Inc. withdrew to do business in the State of MD on 02/27/2009. When an entity withdraws, the designation of the registered agent is revoked. Service can no longer be taken on behalf of this entity.

Very truly yours,


The Corporation Trust Incorporated

Log# 524346418

Sent By Regular Mail

cc: US District Court - District of Maryland - Southern Division
    6500 Cherrywood Lane,
    Greenbelt, MD 20770
**(Returned To)**

Jon A. Hoppe
Malibu Media, LLC
1401 Mercantile Lane,
# 105,
Largo, MD 20774

**Wolters Kluwer**
Corporate Legal Services

CT Corporation

351 West Camden Street
Baltimore, MD 21201

042J80106604
$0.48
neopost
Mailed From 21201
US POSTAGE



2077072O350